[No. 63032-6-I.   Division One.   March 8, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. AREEWA SARAY, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 07-1-03519-7, Larry E. McKeeman, J., entered February 13, 2009. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Becker and Leach, JJ.

[No. 63059-8-I.   Division One.   March 8, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. DESTINY D. THOMAS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-8-04873-1, Carol A. Schapira, J., entered February 13, 2009. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Schindler, C.J., and Cox, J.

[No. 63078-4-I.   Division One.   March 8, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. PAUL PELTS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-04251-7, Jeffrey M. Ramsdell, J., entered February 11, 2009. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Dwyer, A.C.J., and Lau, J.

[No. 63214-1-I.   Division One.   March 8, 2010.]

*In the Matter of the Marriage of* CHERYL J. KOOPS, *Respondent*, and ROBERT E. KOOPS, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 07-3-00381-5, John M. Meyer, J., entered February 18, 2009. *Affirmed* by unpublished opinion per Lau, J., concurred in by Dwyer, A.C.J., and Ellington, J.